**IN THE COURT OF APPEALS OF TENNESSEE**

**EASTERN SECTION**

**FILED**

**October 31, 1997**

**Cecil Crowson, Jr.**
**Appellate Court Clerk**

WILLIAM L. COOK,                                  ) C/A NO. 03A01-9704-CV-00142

                                                  )

    Plaintiff-Appellant,                    ) SULLIVAN LAW

                                                  )

v.                                                )

                                                  )

BROOKSIDE USED AUTO PARTS,                        )

INC.,                                             )

                                                  )

    Defendant-Appellee.                     )


_____ O R D E R


       This cause was regularly heard and considered by the court.  IT IS NOW

ORDERED that the judgment of the Trial Court is vacated, and the cause remanded.

The costs of appeal are adjudged to defendant, for which execution may issue if

necessary.


              PER CURIUM